**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, for the use and benefit fo Moorhead Electric on behalf of Moorhead Electric, | ) ) ) **ORDER SETTING DEADLINE TO ANSWER** |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:12-cv-126 |
| DRC Emergency Services and Liberty Mutual Insurance Company, | ) ) ) |
| Defendants. | ) |

Plaintiff filed the complaint in the above-entitled action on September 19, 2012. Defendant Liberty Mutual Insurance Company ("Liberty Mutual") was served a summons and complaint on September 24, 2012. On October 15, 2012, Defendant Liberty Mutual filed a Motion for Extension of Time to File Answer. (Docket No. 11). Defendant Liberty Mutual's memorandum in support of the motion stated the parties had agreed to extend the deadline to answer to October 21, 2012. Defendant Liberty Mutual stated that it required additional time to answer, requested the court to extend the deadline to answer to November 21, 2012, and asserted that allowing additional time would not prejudice the plaintiff. (Docket No. 12). On October 16, 2012, the court issued an order granting defendant Liberty Mutual's motion to extend the deadline to answer to November 21, 2012. (Docket No. 15). On October 17, 2012, plaintiff filed an Objection to Granting Liberty Mutual's Motion for Extension of Time to Answer, asserting that extending the deadline to answer to November 21, 2012 would substantially prejudice plaintiff. (Docket No. 17).

On October 18, 2012, the court held a telephone conference with the parties to discuss defendant Liberty Mutual's deadline to file an answer. Pursuant to that discussion, it is **ORDERED** that defendant Liberty Mutual shall have until November 1, 2012 to file an answer or otherwise respond to plaintiff's complaint.

Dated this 19th day of October, 2012.　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court